UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:12-cv-557

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> STATE OF NORTH CAROLINA, ) <br> ) <br> Defendant. ) | **JOINT MOTION TO DISMISS WITHOUT PREJUDICE AND RETAIN JURISDICTION** |

The United States, Plaintiff, and the State of North Carolina, Defendant (collectively, the "Parties"), having entered into a Settlement Agreement, jointly move this Court for entry of an Order conditionally dismissing this action, without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and move that the Court retain jurisdiction to enforce the Settlement Agreement in accordance with its terms for the duration of the Agreement. By filing this motion, Defendant specifically does not waive its right to file an Answer and assert any affirmative defenses that may be available to it in the event that the Settlement Agreement becomes null and void and the United States elects to revive any claims otherwise barred by operation of the Settlement Agreement. The Settlement Agreement is attached as Exhibit A.

This 23rd day of August, 2012.                    Respectfully submitted,

FOR THE UNITED STATES:

*/s/ Thomas G. Walker*
THOMAS G. WALKER                    THOMAS E. PEREZ
United States Attorney                    Assistant Attorney General
Eastern District of North Carolina          Civil Rights Division

EVE HILL
Senior Counselor to the Assistant Attorney General
Civil Rights Division

ALISON N. BARKOFF
Special Counsel for *Olmstead* Enforcement
Civil Rights Division

GREGORY B. FRIEL
Acting Section Chief
SHEILA M. FORAN
Special Legal Counsel
ANNE S. RAISH
Deputy Chief
Disability Rights Section
Civil Rights Division

| | |
|---|---|
| */s/ G. Norman Acker III* | */s/ Joy Levin Welan* |
| G. NORMAN ACKER III | JOY LEVIN WELAN, D.C. Bar No. 978973 |
| Assistant United States Attorney | REGAN RUSH |
| 310 New Bern Avenue | TRAVIS W. ENGLAND |
| Federal Building, Suite 800 | REGINA KLINE |
| Raleigh, NC 27601 | Trial Attorneys |
| Telephone: (919) 856-4530 | Disability Rights Section |
| Facsimile: (919) 856-4821 | Civil Rights Division |
| Norman.Acker@usdoj.gov | U.S. Department of Justice |
| N.C. Bar No. 12839 | 950 Pennsylvania Avenue, N.W. - NYA |
| | Washington, D.C. 20530 |
| | Telephone: (202) 305-1894 |
| | Facsimile: (202) 307-1197 |
| | Joy.Welan@usdoj.gov |

*Counsel for Plaintiff United States of America*

FOR THE STATE OF NORTH CAROLINA:

ROY COOPER
Attorney General

*/s/ Lisa Granberry Corbett*
LISA GRANBERRY CORBETT
N.C. State Bar No. 15877
Special Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602-0629

2

Telephone: (919) 716-6860
Facsimile: (919) 716-6756
lcorbett@ncdoj.gov

*Counsel for Defendant State of North Carolina*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:12-cv-557

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **CERTIFICATE OF SERVICE** |
| STATE OF NORTH CAROLINA, | ) ) | |
| Defendant. | ) | |

I hereby certify that on August 23, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed the document to Lisa Granberry Corbett, attorney for the State of North Carolina.

Respectfully submitted,

*/s/ Joy Levin Welan*
JOY LEVIN WELAN, Trial Attorney
Disability Rights Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W. - NYA
Washington, D.C. 20530
Telephone: 202-305-1894
Facsimile: 202-305-9775
Joy.Welan@usdoj.gov
D.C. Bar No. 978973

*Counsel for Plaintiff United States of America*