UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

STATE OF NORTH CAROLINA,

    Defendant.

Case No. 5:12-cv-557-D

## CONSENT ORDER ENTERING MODIFICATION OF SETTLEMENT AGREEMENT AND EXTENDING JURISDICTION

Having considered the Joint Motion to Enter Modification of Settlement Agreement and Extend Jurisdiction ("Joint Motion") submitted in response to the Order directing the parties to file agreed-upon modifications to the Settlement Agreement's original timeline, D.E. 29, the Court hereby GRANTS the Joint Motion and specifically retains jurisdiction to enforce the Settlement Agreement as modified by the Modification of the Settlement Agreement, filed as Attachment A to the Joint Motion, incorporated here by reference.

SO ORDERED. This 1 day of November 2017.

*/s/ Dever*
JAMES C. DEVER III
Chief United States District Judge