UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>STATE OF NORTH CAROLINA,<br><br>Defendant. | Case No. 5:12-cv-557-D |

## CONSENT ORDER ENTERING
## FOURTH MODIFICATION OF SETTLEMENT AGREEMENT

Having considered the Joint Motion to Enter Fourth Modification of Settlement Agreement ("Joint Motion"), D.E. 41, the Court hereby GRANTS the Joint Motion and specifically retains jurisdiction to enforce the parties' Settlement Agreement, D.E. 2-2, as previously modified, D.E. 30-1, 36-1, 39-1, and as further modified by the instant Fourth Modification of Settlement Agreement, D.E. 41-1, incorporated here by reference.

SO ORDERED this **29** day of March, 2021.

JAMES C. DEVER III
United States District Judge