IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-CV-557-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| STATE OF NORTH CAROLINA, ) | |
| ) | |
| Defendant. ) | |

On March 1, 2022, non-party G. Dianne Wilkes submitted a "motion to enjoin" [D.E. 43]. Wilkes is not party in this case. Accordingly the court DISMISSES Wilkes's motion to enjoin [D.E. 43].

SO ORDERED. This 1 day of March, 2022.

JAMES C. DEVER III
United States District Judge