UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>v.<br><br>STATE OF NORTH CAROLINA,<br><br>　　　　　　Defendant. | Case No. 5:12-cv-557-D |

## CONSENT ORDER ENTERING
## FIFTH MODIFICATION OF SETTLEMENT AGREEMENT

Having considered the Joint Motion to Enter Fifth Modification of Settlement Agreement ("Joint Motion"), D.E. 45, the Court hereby GRANTS the Joint Motion and specifically retains jurisdiction to enforce the parties' Settlement Agreement, D.E. 2-2, as previously modified, D.E. 30-1, 36-1, 39-1, 41-1, and as further modified by the instant Fifth Modification of Settlement Agreement, D.E. 45-1, incorporated here by reference.

SO ORDERED. This __6__ day of March, 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　　　　　　United States District Judge