UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br><br>STATE OF NORTH CAROLINA,<br><br>　　　　Defendant. | Case No. 5:12-cv-557-D |

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby enters his appearance as counsel for the United States of America.

Date: May 16, 2025　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ H. Justin Park
　　　　　　　　　　　　　　　　　　　　H. Justin Park
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　Disability Rights Section
　　　　　　　　　　　　　　　　　　　　Civil Rights Division
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　950 Pennsylvania Avenue, N.W. (4CON)
　　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　justin.park@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that on May 16, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

                                            /s/ H. Justin Park
                                            H. Justin Park