IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CV-00557-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NORTH CAROLINA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NOTICE OF APPEARANCE |

Please enter my name as an attorney of record on behalf of the United States of America in the above-captioned action. Copies of all correspondence and pleadings should be sent to the undersigned at the below address.

Respectfully submitted this 11th day of September, 2026.

W. ELLIS BOYLE
United States Attorney

BY: <u>*/s/ Matthew L. Fesak*</u>
MATTHEW L. FESAK
Assistant United States Attorney
Chief, Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Email: matthew.fesak@usdoj.gov
NC State Bar No. 35276

*Attorney for United States of America*

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 11th day of January, 2026, served a copy of the foregoing upon the below-listed party or parties electronically using the CM/ECF system or by placing a copy of the same in the U.S. Mail, addressed as follows:

Michael T. Wood
Email: mwood@ncdoj.gov

Brian D. Rabinovitz
Email: brabinovitz@ncdoj.gov

Josephine N. Tetteh
Email: jtetteh@ncdoj.gov

*/s/ Matthew L. Fesak*
MATTHEW L. FESAK
Assistant United States Attorney