UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>STATE OF NORTH CAROLINA,<br><br>Defendant. | Case No. 5:12-cv-557-D |

**JOINT MOTION TO TERMINATE THE SETTLEMENT AGREEMENT**

The United States of America and the State of North Carolina ("the Parties") hereby jointly move to terminate the Parties' Settlement Agreement (D.E. 47-1) based on the terms of the Agreement. Following an investigation, the United States filed a complaint alleging that North Carolina violates Title II of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12132, and Section 504 of the Rehabilitation Act, 29 U.S.C. § 794, by unnecessarily institutionalizing thousands of individuals with SMI in ACHs. Complaint ¶¶ 2, 53-63, Aug. 23, 2012, D.E. 1. On the same day as filing the Complaint, the parties jointly moved the Court to dismiss the case but retain jurisdiction to enforce the parties' Agreement, which the parties filed as an exhibit. D.E. 2; D.E. 2-2 (Proposed Settlement Agreement). On October 5, 2012, the Court conditionally dismissed the Complaint and retained jurisdiction to enforce the Agreement. D.E. 13. The Parties subsequently modified the Agreement six times to extend deadlines and relieve the State of fulfilled obligations. D.E. 32, D.E. 37, D.E. 40, D.E. 42, D.E. 46, D.E. 48 (adopting the modification proposed in D.E. 47-1). Under the Agreement as modified, the Court retains jurisdiction to enforce the Agreement "until July 1, 2027 unless: (1) the Parties jointly ask the

Court to terminate the Agreement before July 1, 2027 . . . ." D.E. 47-1 at ¶ 3; D.E. 48. Additionally, the Agreement provides, "If the State has substantially complied with the Agreement before July 1, 2027, the United States shall not unreasonably decline to join in the State in a motion to terminate the Agreement early." *Id.* Nearly fourteen years after the Court retained jurisdiction to enforce the Agreement, the parties jointly move to terminate the Agreement based on the State's substantial compliance. For the reasons further stated in the memorandum in support of this motion, the Parties ask that the Court terminate the Agreement.

Dated: September 11, 2026

Respectfully submitted,


W. ELLIS BOYLE
United States Attorney
Eastern District of North Carolina

*/s/ Matthew L. Fesak*
MATTHEW L. FESAK
Assistant United States Attorney
Chief, Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Matthew.Fesak@usdoj.gov
N.C. Bar No. 35276

HARMEET K. DHILLON
Principal Deputy Assistant Attorney General

R. JONAS A. GEISSLER
Deputy Assistant Attorney General

LUIS PEREZ
Director
KEVIN KIJEWSKI
Deputy Chief

JAMES FLETCHER
Trial Attorney
Disability Rights Section
Civil Rights Division
U.S. Department of Justice
150 M Street, N.E.
Washington, D.C. 20002
Telephone: (202) 598-0083
James.Fletcher@usdoj.gov

*Counsel for Plaintiff United States of America*

FOR THE STATE OF
NORTH CAROLINA:

JEFFREY NEALE JACKSON
Attorney General

*/s Michael T. Wood*

Michael T. Wood
Special Deputy Attorney General
North Carolina Department of Justice
State Bar No. 32427
114 West Edenton Street
P.O. Box 629
Raleigh, NC 27602-0629
Telephone (919) 716-6800
Fax (919) 716-6756
mwood@ncdoj.gov

*Counsel for the State of North Carolina*

CERTIFICATE OF SERVICE

I do hereby certify that I have this 11th day of September, 2026, served a copy of the foregoing upon the below-listed party or parties electronically using the CM/ECF system or by placing a copy of the same in the U.S. Mail, addressed as follows:

Michael T. Wood
Email: mwood@ncdoj.gov

Brian D. Rabinovitz
Email: brabinovitz@ncdoj.gov

Josephine N. Tetteh
Email: jtetteh@ncdoj.gov

*/s/ Matthew L. Fesak*
MATTHEW L. FESAK
Assistant United States Attorney