UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>STATE OF NORTH CAROLINA,<br><br>Defendant. | Case No. 5:12-cv-557-D |

**ORDER TERMINATING SETTLEMENT AGREEMENT AND CLOSING CASE**

Having considered the *Joint Motion to Terminate the Settlement Agreement*, D.E. __, the Court hereby GRANTS the Joint Motion. The Parties have stipulated and agreed that the Settlement Agreement (D.E. 2-2) as modified (D.E. 30-1, 32, 36-1, 37, 39-1, 40, 41-1, 42, 45-1, 46, 47, 48) is now fully satisfied, discharged, and terminated. This case is hereby dismissed with prejudice. The Clerk is DIRECTED to close this civil action.

SO ORDERED, this the ___ day of September 2026.

JAMES C. DEVER III
United States District Judge