UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STATE OF NORTH CAROLINA,<br>Defendant. | Case No. 5:12-cv-557-D |

**ORDER TERMINATING SETTLEMENT AGREEMENT AND CLOSING CASE**

Having considered the *Joint Motion to Terminate the Settlement Agreement*, D.E. 53, the Court hereby GRANTS the Joint Motion. The Parties have stipulated and agreed that the Settlement Agreement (D.E. 2-2) as modified (D.E. 30-1, 32, 36-1, 37, 39-1, 40, 41-1, 42, 45-1, 46, 47, 48) is now fully satisfied, discharged, and terminated. This case is hereby dismissed with prejudice. The Clerk is DIRECTED to close this civil action.

SO ORDERED, this the 14 day of September 2026.

JAMES C. DEVER III
United States District Judge